UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH EVANS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  Case No. 4:07CV381 HEA |
| | ) |
| DEVAN SEALANTS, INC., | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated this 3rd day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE